# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Mahmod Seyam,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-06278-PHX-KML

**ORDER**

Respondents state they "will not remove Petitioner from the United States pending his Petition[] for Writ of Habeas Corpus." (Doc. 8 at 1.) Based on that representation, petitioner's motion for temporary restraining order is denied as moot.

**IT IS ORDERED** the Motion for Temporary Restraining Order (Doc. 2) is **DENIED AS MOOT**. Respondents shall not remove petitioner from the United States pending resolution of the petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** the briefing order established by General Order 26-09 remains in place.

Dated this 9th day of September, 2026.

Honorable Krissa M. Lanham
United States District Judge